

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00459-CV

Yasmin **SADAT-MOUSSAVI**,
Appellant

v.

**HEARTHSTONE APARTMENT HOMES**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01826
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: November 30, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on October 20, 2022. Appellant failed to file her brief or a motion for extension of time. We issued an order informing appellant that her brief was overdue and directing her to show cause in writing, on or before November 10, 2022, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an

appellant fails to comply with a court order). Appellant did not respond to our show cause order, nor did she file her brief. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM